NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000701
11-AUG-2017
09:22 AM

NO. CAAP-16-0000701

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

THE BANK OF NEW YORK MELLON
fka THE BANK OF NEW YORK, AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN
TRUST 2007-HY6 MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2007-HY6, Plaintiff/Counterclaim Defendant-Appellee,
v.
TERESA ANN BRYANT, Defendant/Counterclaim Plaintiff-Appellant,
and
ASSOCIATION OF APARTMENT OWNERS OF
MAKAUA SHORES, Defendant-Appellee,
and
JOHN DOES 1-10; JANE DOES 1-10;
DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;
DOE ENTITIES 1-10 and DOE GOVERNMENTAL UNITS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 14-1-0283)

ORDER APPROVING THE AUGUST 8, 2017
STIPULATION FOR DISMISSAL OF APPEAL
(By: Fujise, Presiding Judge, and Reifurth and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal, filed August 8, 2017, by Defendant/Counterclaim
Plaintiff-Appellant Teresa Ann Bryant, the papers in support, and
the record, it appears that (1) the appeal was docketed on
December 12, 2016; (2) pursuant to Hawai‘i Rules of Appellate
Procedure Rule 42(b), the parties stipulate to dismiss the appeal
and bear their own attorneys' fees and costs; and (3) the

stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, August 11, 2017.


Presiding Judge

Associate Judge

Associate Judge

2